| | |
|---|---|
| 1 | ROBERT PATRICK STICHT (SBN 138586) |
| 2 | PAUL J. ORFANEDES (Pro Hac Vice)<br>JUDICIAL WATCH, INC. |
| 3 | 425 Third Street, SW, Suite 800<br>Washington, DC 20024 |
| 4 | Telephone: (202) 646-5172<br>Facsimile: (202) 646-5199 |
| 5 | Email: rsticht@judicialwatch.org<br>porfanedes@judicialwatch.org |
| 6 | Attorneys for Plaintiff, |
| 7 | Robert L. Rosebrock |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERT L. ROSEBROCK, | CASE NO.: 2:17-cv-04354-DSF (ASx) |
|---|---|
| Plaintiff, | PLAINTIFF'S SEPARATE STATEMENT OF THE CASE |
| v. | |
| MICHAEL PEREZ, *et al.*, | |
| Defendants. | Final Pretrial: March 18, 2019<br>Trial: April 16, 2019 |
| | Judge: Hon. Dale S. Fischer |

## PLAINTIFF'S PROPOSED STATEMENT OF THE CASE
## TO BE READ BY THE COURT TO THE PROSPECTIVE PANEL OF JURORS

In this case, Robert L. Rosebrock of Los Angeles, California claims he was unlawfully arrested on two consecutive Sundays, June 12, 2016 and June 19, 2016, by police officers employed by the U.S. Department of Veterans Affairs. Mr. Rosebrock also claims the officers unlawfully seized his cameras on both dates. The officers' names are Michael Perez, Joel Henderson, and Christian Perez.

Mr. Rosebrock claims the arrests and seizures of his cameras took place on the corner of Wilshire and San Vicente Boulevards in Los Angeles, outside what is sometimes referred to as the Great Lawn Gate entrance to the Los Angeles National Veterans Park. The park is part of the West Los Angeles VA, which also is known as the Veterans Administration Greater Los Angeles Health System or VAGLAHS.

Mr. Rosebrock claims the officers violated his rights under the Fourth Amendment to the United States Constitution and are responsible for harm he claims the officers caused him. Mr. Rosebrock also claims that, because the officers were employees of the Department of Veterans Affairs and were acting within the scope of their employment and authority, the officers' actions constituted assault and battery, false imprisonment/false arrest, and conversion, and the United States government is responsible for the officers' conduct and any harm they cause him. The officers and the United States deny Mr. Rosebrock's claims and deny causing Mr. Rosebrock any harm.

Dated: March 5, 2019

Respectfully submitted,

JUDICIAL WATCH, INC.

By: /s/ Robert Patrick Sticht.
ROBERT PATRICK STICHT

By: /s/ Paul J. Orfanedes
PAUL J. ORFANEDES

Attorneys for Plaintiff,
Robert L. Rosebrock