# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. ROSEBROCK,<br>    Plaintiff,<br><br>          v.<br><br>MICHAEL PEREZ, et al.,<br>    Defendants. | CV 17-4354 DSF (ASx)<br><br>ORDER STAYING ENTIRE ACTION |

    On April 5, 2019, Defendants Michael Perez, Joel Henderson, and Christian Perez filed a Notice of Appeal from this Court's Order Denying Summary Judgment. Dkt. 114. "The filing of a notice of appeal . . . divests the district court of its control over those aspects of the case involved in the appeal." <u>Rodriguez v. County of Los Angeles</u>, 891 F.3d 776, 790 (9th Cir. 2018) (quoting <u>Griggs v. Provident Consumer Disc. Co.</u>, 459 U.S. 56, 58 (1982)). But a district court may go forward in appropriate cases if it certifies that the "appeal is frivolous or waived." <u>See</u> <u>id.</u> (citing <u>Chuman v. Wright</u>, 960 F.2d 104, 105 (9th Cir. 1992)).

    The right to appeal has not been waived and the appeal is not frivolous. To the extent this case includes issues other than those "involved in the appeal," the Court finds it serves the interests of justice and judicial economy to stay the case as to those issues as well.

The Court STAYS the entire proceeding until the resolution of Defendants' appeal.

IT IS SO ORDERED.

Date: April 8, 2019

Dale S. Fischer
United States District Judge