JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. ROSEBROCK,<br><br>            Plaintiff,<br>   v.<br><br>MICHAEL PEREZ, *et al.*,<br><br>            Defendants. | Case No. 2:17-cv-04354-DSF-AS<br><br>**ORDER OF DISMISSAL** |

     UPON CONSIDERATION OF the STIPULATION OF DISMISSAL filed by Plaintiff Robert L. Rosebrock and Defendants Denis R. McDonough, in his official capacity as Secretary of the U.S. Department of Veterans Affairs, Steven E. Bravermann, in his official capacity as Director of the VA Greater Los Angeles Healthcare System, Mark F. St. Croix, in his official capacity as Acting Chief of Police of the VA Greater Los Angeles Healthcare System, and the United States of America, it is hereby ORDERED that this action be and hereby is dismissed, each party to bear its own attorney's fees and costs.

     SO ORDERED.

Date: April 16, 2021

                           The Hon. Dale S. Fischer<br>                           United States District Judge